IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02289–EWN–OES

TROY T. KRAMER, individually, and on behalf of all persons similarly situated,

    Plaintiff,

v.

THE STATE OF COLORADO,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed November 16, 2004. Plaintiff has objected to the recommendation. The magistrate judge has recommended that the complaint be dismissed because the State of Colorado, the only named defendant, has eleventh amendment immunity and the claims are barrred by the *Rooker-Feldman* doctrine. The court has conducted the requisite *de novo* review of the issues, the record, and the recommendation. The court agrees with the magistrate judge. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The case is dismissed with prejudice.

    3. All pending motions to intervene are DENIED, as the proposed interveners' claims suffer from the same defects identified by the magistrate judge.

4. All other pending motions are DENIED as moot.

DATED this  28th  day of September, 2005.

                                                    BY THE COURT:

                                                   s/Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM
                                                   United States District Judge