IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02289–EWN–OES

TROY T. KRAMER, individually, and on behalf of all persons similarly situated,

    Plaintiff,

v.

THE STATE OF COLORADO,

    Defendant.

---

**ORDER DENYING MOTION FOR SPECIAL INTERVENTION OR IN THE ALTERNATIVE, MOTION FOR JOINDER**

---

The motion to intervene filed by Sean Harrington (#36) is DENIED for reasons stated in the court's order filed September 28, 2005.

DATED this 17th day of October, 2005.

                BY THE COURT:

                /s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge